UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LON R. SWEENEY KENNEDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARALYZED VETERANS OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) | Case: 1:16-cv-01121 Jury Demand <br> Assigned To : Unassigned <br> Assign. Date : 6/15/2016 <br> Description: Pro Se Gen. Civil (F Deck) |

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

According to plaintiff, "someone used [his] personal information to collect social security benefits and social security disability benefits as well as military benefits." Compl. at 2 (page numbers designated by the Court). He alleges that he never received social security benefits, and he attributes the error to the Veterans Administration. *See id.* The plaintiff claims that he is entitled to social security benefits from 2000 to present, *id.*, and now he demands all the benefits he is due, among other relief, *id.* at 3.

Ordinarily, "final SSA decisions eligible for judicial review follow four steps of an administrative review process: (1) an initial determination; (2) a reconsideration determination; (3) a hearing before an ALJ; and (4) review by the Appeals Council." *Beattie v. Astrue*, 845 F. Supp. 2d 184, 191 (D.D.C. 2012) (citation omitted). In other words, only "after any final decision by the Commissioner of Social Security made after a hearing to which he is a party" may a plaintiff seek judicial review in a federal district court. 42 U.S.C. § 405(g). It does not

appear that this plaintiff has satisfied the exhaustion requirement, and therefore judicial review is not warranted at this time. Accordingly, the Court will dismiss the complaint and this civil action without prejudice. *See Jones v. Colvin*, No. CV 14-636, 2014 WL 1647554, at *1 (D.D.C. Apr. 16, 2014).

An Order is issued separately.

DATE: 6/13/16

United States District Judge